IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 5 2014

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:14-CV-150-A |
| § | |
| INLAND AMERICAN GRAPEVINE § | |
| HERITAGE HEIGHTS LP, LLC, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

### O R D E R

On June 4, 2014, Seth P. Crosland filed a notice of attorney appearance on behalf of plaintiff, James Joseph Juluke, Jr. However, such document fails to comply with the court's requirements set forth in section D on page 6 of the status report order filed in this action on March 25, 2014, which provides that all filings must be signed by an individual attorney rather than a law firm. Therefore,

The court ORDERS that such document be, and is hereby, unfiled, and stricken from the record of the above-captioned

action, and the Clerk is directed to note on the docket the unfiling of such document.

SIGNED June 5, 2014.

_____
JOHN McBRYDE
United States District Judge



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, <br><br> Plaintiff, <br> v. <br><br> INLAND AMERICAN GRAPEVINE HERITAGE HEIGHTS LIMITED PARTNERSHIP, <br> a Delaware Limited Liability Company, <br><br> Defendant. | Case No.: 4:14-cv-00150-A |

## NOTICE OF ATTORNEY APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff JAMES JOSEPH JULUKE, JR.

Respectfully Submitted,

KU & MUSSMAN, P.A.

By: _____
Seth P. Crosland
TX Bar No. 24069551
121 West Hickory St., Suite 103
Denton, Texas 76201
Tel: (214) 810-5401
Fax: (214) 988-5794
Email: seth@wellscrosland.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed with the Court on this ____ day of June, 2014, and a true and correct copy has been furnished by U.S. Mail to: Farrell A. Hochmuth, Baker & Hostetler LLP, 811 Main Street, Suite 1100, Houston, Texas 77002 and Brian C. Blair, Baker & Hostetler LLP, 200 S. Orange Avenue, Suite 2300, Orlando, Florida 32801.

By: _____
Seth P. Crosland