

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 20 2014
9:10 am
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | ) ) ) |
| Plaintiff, | ) Case No.: 4:14-cv-00150-A ) ) |
| v. | ) ) |
| INLAND AMERICAN GRAPEVINE HERITAGE HEIGHTS LIMITED PARTNERSHIP, an Illinois Limited Partnership, | ) ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S DESIGNATION OF EXPERT

Pursuant to the Order Setting Scheduling and Providing Special Pretrial Instructions (Dkt. 21) entered by the Court on May 6, 2014, and the Order (Dkt. 12) entered by the Court on October 14, 2014, Plaintiff James Joseph Juluke, Jr. ("Plaintiff"), by and through undersigned counsel, hereby discloses its list of expert witnesses that he may call or will call at trial. As discovery in this matter is ongoing, Plaintiff reserves the right to supplement or modify this disclosure as permitted under Federal and Local rules.

1. Nicholas Heybeck: 18406 Lost Maples CT, Humble, TX 77346, (281) 912-3509.

Date: October 16, 2014

Respectfully Submitted,

By: _____
Louis I. Mussman, Esq.
Florida Bar No. 597155
Ku & Mussman, P.A.
12550 Biscayne Blvd., Suite 406
Miami, FL 33181
Tel: (305) 891-1322
Fax: (305) 891-4512

1

Louis@KuMussman.com

and

Seth P. Crosland
Local Counsel
Texas Bar No. 24069551
12225 Greenville Avenue
Suite 700
Dallas, Texas 75243
Tel: (214) 810-5401
Fax: (214) 988-5794
seth@scroslandlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed with the Court on this 16th day of October, 2014, and a true and correct copy has been furnished by U.S. Mail to the following attorneys of record:

Farrell A. Hochmuth, Esq.
Baker & Hostetler, LLP
811 Main Street, Suite 1100
Houston, Texas 77002

Brian C. Blair
Baker & Hostetler, LLP
200 S. Orange Avenue, Suite 2300
Orlando, Florida 32801

By: _____
Louis I. Mussman, Esq.